605

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* CARL DAYS, a/k/a CARL FINKLEY, *et al.*, Defendants-Appellants.

(Nos. 57355, 57853 cons.;

First District (3rd Division)—April 12, 1973.

PER CURIAM.

Gerald W. Getty, Public Defender, of Chicago, (Stanley Sacks and James J. Doherty, Assistant Public Defenders, of counsel,) for appellants.

Bernard Carey, State's Attorney, of Chicago, (Elmer C. Kissane, John O'Rourke, and Frederic Chaimson, Assistant State's Attorneys, of counsel,) for the People.